```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    MARK A. WIN
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8980
        Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANNA J. RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 06-05442 PVT <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file his response to plaintiff's motion for summary judgment. Defendant's response, which was due on March 22, 2007, will now be due on April 23, 2007. This extension is necessary due to the current press of workload, and in order to provide further opportunity for review and analysis of this case.

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   This is defendant's first request for an extension of time

3   Dated: March 21, 2007                /s/ *James Hunt Miller*
                                          *(As authorized via telephone on March 21, 2007*)
4                                         JAMES HUNT MILLER
                                          Attorney for Plaintiff

6                                         KEVIN V. RYAN
                                          United States Attorney

8   Dated: March 21, 2007       By:      /s/ *Mark A. Win*
                                          MARK A. WIN
9                                         Special Assistant United States Attorney

11  PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Commissioner of Social Security shall have an additional 30 days in which to respond to plaintiff's motion for summary judgment, up to and including April 23, 2007.

16  Dated: March 22, 2007                 *Patricia V. Trumbull*
                                          Patricia V. Trumbull
17                                        United States Magistrate Judge

2